UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN S. LEE, | No. 2:17-cv-118-JAM-EFB |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, | |
| Defendant. | |

This case, in which plaintiff was proceeding *in propria persona*, was before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On February 13, 2017, attorney Chijioke Ikonte was substituted in as attorney of record for plaintiff. ECF No. 11.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn, the March 1, 2017 hearing before the undersigned on defendant's motion to dismiss is vacated and the case is referred back to the district judge.

DATED: February 13, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE