SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN S. LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO,<br><br>　　　　Defendants. | Case No.: 2:17-CV-00118-JAM-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the trial date presently set for March 11, 2019 at 9:00 a.m., before the Honorable John A. Mendez, be continued to October 7, 2019 at 9:00 a.m. The reason this continuance is needed is because on March 5, 2019, defense counsel begins trial in the matter of *Earl Riley v. City of Sacramento,* et. al. Sacramento County Superior Court case number 34-2013-00152863. The *Riley* trial will take 10-15 court days and will not be over in time to for counsel to begin the *Lee* trial.

The parties further stipulate that:

1) Discovery will close May 31, 2019;

2) Dispositive motions shall be filed by July 2, 2019 and heard on July 30, 2019 at 1:30 p.m.;

3) Expert disclosure pursuant to Federal Rules of Civil Procedure rule 26(a)(2) shall be March 22, 2019; supplemental disclosure and disclosure of any rebuttal experts under Federal Rules of Civil Procedure rule 26(a)(2)(c) is due April 5, 2019;

4) The joint pre-trial statement is due August 30, 2019. The final pre-trial conference is September 6, 2019 at 11:00 a.m.

Dated: December 20, 2018

SUSANA ALCALA WOOD,
City Attorney

By: /s/ Kathleen T. Rogan
**KATHLEEN T. ROGAN**
Senior Deputy City Attorney
Attorneys for the CITY OF SACRAMENTO

Dated: December 20, 2018

Law Offices of Akudinobi & Ikonte

By: /s/ Chijioke Ikonte
Chijioke O. Ikonte
Attorney of Plaintiff
IVAN S. LEE

Dated: December 20, 2018

Law Offices of Akudinobi & Ikonte

By: /s/ Emenike Iroegbu
Emenike Iroegbu
Attorney for Plaintiff
IVAN S. LEE

# ORDER

IT IS HEREBY ORDERED:

The trial date, currently set on March 11, 2019, is vacated. The new trial date is October 7, 2019 at 9:00 a.m. before Judge John Mendez. It is further ordered that:

1) Discovery will close May 31, 2019;

2) Dispositive motions shall be filed by July 2, 2019 and heard on July 30, 2019 at 1:30 p.m.;

3) Expert disclosure pursuant to Federal Rules of Civil Procedure rule 26(a)(2) shall be March 22, 2019; supplemental disclosure and disclosure of any rebuttal experts under Federal Rules of Civil Procedure rule 26(a)(2)(c) is due April 5, 2019;

4) The joint pre-trial statement is due August 30, 2019. The final pre-trial conference is September 6, 2019 at 11:00 a.m.

DATED: 12/21/2018          /s/ John A. Mendez

                           HON. JOHN A. MENDEZ,
                           UNITED STATES DISTRICT COURT JUDGE