EMMANUEL C. AKUDINOBI, SBN 188903
epcakudinobi@yahoo.com
CHIJIOKE O. IKONTE, SBN 206203
cikonte@yahoo.com
LAW OFFICES OF AKUDINOBI & IKONTE
3435 WILSHIRE BLVD., SUITE 1520
LOS ANGELES, CA 90010
(213) 387 - 0869
(213) 387 - 0969 (fax)

EMENIKE IROEGBU, SBN 221372
emenike@att.net
Law Offices of Emenike Iroegbu
1321 Howe Avenue, Suite 203
Sacramento, CA 95825
(916) 599-3687
(916) 564-2599 (fax)

Attorneys for Plaintiff
IVAN S. LEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ivan S. Lee,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO<br>　　　　Defendant | Case No.: 2:17-CV-00118-JAM-EFB<br><br>SECOND STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND CONTINUE DATES |

　　　　IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the trial date presently set for October 7, 2019 at 9:00 a.m. before the Honorable John A. Mendez, be continued to March 23, 2020 at 9:00 a.m. The reason for this continuance is because Plaintiff's trial counsel, Chijioke O. Ikonte recently lost a close relative. He anticipates that the burial and burial rites will take place in Nigeria in September, 2019. He will be

gone for September 2019. Also, because of the relative's sickness, he was out of the office for an extended period and could not work on the case..

The parties stipulate that:

1. Dispositive motions shall be filed by 12/17/19 and heard on 1/14/20 at 1:30 p.m.;
2. The joint pretrial statement is due 2/7/20. The final pretrial conference is 2/14/20 at 11:00 a.m.
3. The trial is continued to 3/23/20 at 9:00 a.m.

Dated: June 27, 2019                    Law Offices of Akudinobi & Ikonte


                                        By:_/s/ Chijioke O. Ikonte____
                                            Chijioke O. Ikonte
                                            Attorney for Plaintiff
                                            Ivan Lee


Dated: June 27, 2019                    Law Offices of Akudinobi & Ikonte


                                        By:_/s/ Emenike Iroegbu_____
                                            Emenike Iroegbu
                                            Attorney for Plaintiff
                                            Ivan Lee


Dated: June 27, 2019                    SUSANA ALCALA WOOD,
                                        City Attorney


                                        By:___/s/_____
                                            Kathleen Rogan
                                            Attorney for Defendant
                                            City of Sacramento

## ORDER

IT IS HEREBY ORDERED:

The trial date, currently set on October 7, 2019 is vacated. The new trial date is March 23, 2020 at 9:00 a.m. before Judge John Mendez. It is further ordered that:

1. Dispositive motions shall be filed by December 17, 2019 and heard on January 14, 2020 at 1:30 p.m.;
2. The joint pretrial statement id due February 7, 2020. The final pre-trial conference is February 14, 2020 at 11:00 a.m.

Dated:  July 2, 2019                              /s/ John A. Mendez_____
                                                  Hon. John A. Mendez
                                                  United States District Court Judge